No. 917. ERWIN ET AL. *v.* GRANQUIST, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Warde H. Erwin, pro se,* and for Mary Lou Erwin, petitioners. *Solicitor General Rankin* for respondent.

No. 936. SOUND STEAMSHIP LINES, INC., *v.* GARDNER. C. A. 3d Cir. Certiorari denied. *Corydon B. Dunham* for petitioner. *Louis J. Merrell* for respondent.

No. 942. HOOVER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 13, Misc. TURNER *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 414, Misc. UNITED STATES EX REL. KOZICKY ET AL. *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *John V. Lindsay* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, and *Samuel A. Hirshowitz* and *Michael Freyberg,* Assistant Attorneys General, for respondent.

No. 461, Misc. MARTINEZ *v.* SOUTHERN UTE TRIBE OF THE SOUTHERN UTE RESERVATION ET AL. C. A. 10th Cir. Certiorari denied. *Bentley M. McMullin* for petitioner. *LaVerne H. McKelvey* and *R. Franklin McKelvey* for respondents.

No. 564, Misc. GOSSO *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied.